# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr286

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MARK STROUD WEDDING. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion for Final Order and Judgment Confirming Forfeiture [Doc. 25]. On August 12, 2008, this Court entered a preliminary order of forfeiture pursuant to 21 U.S.C. §853(n) and Fed. R. Crim. P. 32.2(b), based upon the Defendant's pleas of guilty to Counts One and Three in the Bill of Indictment. In those counts, Defendant was charged with violations of 18 U.S.C. §1951 and 18 U.S.C. §922(g)(1), respectively.

On August 13, 2008, the United States published on the internet notice of this forfeiture and of the intent of the Government to dispose of the forfeited property in accordance with the law, and further notifying all third parties of their right to petition the Court within sixty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It

appears from the record that no such petitions have been filed. Based on the Defendant's stipulation in his plea agreement, at ¶28, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS THEREFORE ORDERED**:

In accordance with Rule 32.2(c)(2), the preliminary order of forfeiture is confirmed as final. All right, title, and interest in the following property has therefore been forfeited to the United States for disposition according to law:

**One (1) .25 caliber Jennings semi-automatic pistol.**

Signed: November 24, 2008

Martin Reidinger
United States District Judge