THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL CASE NO. 3:07-cr-00286-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MARK STROUD WEDDING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Seal [Doc. 52].

The Government moves the Court to seal its Motion to Reduce Term of Imprisonment to Time Served [Doc. 51 (sealed)]. For grounds, counsel for the Government states that the Motion to Reduce contains the Defendant's personal medical information. [Doc. 52 at 1].

Before sealing a court document, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000). In the present

case, the public has been provided with adequate notice and an opportunity to object to the Government's motion.  The Government filed its motion on June 17, 2021, and it has been accessible to the public through the Court's electronic case filing system since that time.  Further, the Government has demonstrated that the Motion to Reduce contains the Defendant's personal medical information and that the public's right of access to such information is substantially outweighed by the Defendant's competing interest in protecting the details of such information.  Finally, having considered less drastic alternatives to sealing the document, the Court concludes that sealing of the Motion to Reduce is necessary to protect the Defendant's privacy interests.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal [Doc. 52] is **GRANTED**, and the Government's Motion to Reduce Term of Imprisonment to Time Served [Doc. 51 (sealed)] shall be filed under seal and shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

Signed: June 21, 2021

Martin Reidinger
Chief United States District Judge